IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNN LIETZ, ET AL. on behalf of themselves, and all other plaintiffs known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS BELL TELEPHONE COMPANY,<br><br>Defendant. | Case No.: 1:11-cv-0108<br><br>Honorable Magistrate Judge Schenkier |

**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED RULE 23 SETTLEMENT AND CERTIFICATION OF RULE 23 SETTLEMENT CLASS**

The parties have entered into an agreement to settle the above-captioned action, subject to the Court's approval, according to the terms and conditions set forth in the Joint Stipulation of Rule 23 Settlement ("Joint Stipulation") filed under seal. The parties' Joint Motion for Preliminary Approval of Proposed Rule 23 Settlement and Certification of Rule 23 Settlement Class is now before the Court.

The Court has reviewed the pleadings in the case, including the parties' Motion, the Joint Stipulation, and the proposed notice of Rule 23 settlement, and finds that the parties have satisfied the standards for preliminary approval of settlement under Federal Rule of Civil Procedure 23. The Court finds that the terms of the Joint Stipulation are fair, reasonable, and adequate. The Joint Stipulation was negotiated at arm's-length and Rule 23 Class Counsel has certified that the Joint Stipulation is in the settlement class member's best interests. For settlement purposes only, the Court certifies the parties' proposed settlement class under Fed. R. Civ. P. 23(e), finding that the settlement class meets all of the requirements under Fed. R. Civ. P. 23(a) and (b)(3). The Court appoints Terrence Buehler, Vincent DiTommaso, and Peter Lubin

as Class Counsel, finding that they meet all of the requirements of Fed. R. Civ. P. 23(g). The Court determines that the content of the parties' proposed notice of Rule 23 settlement complies with Fed. R. Civ. P. 23, and approves the parties' Rule 23 class action settlement procedure as proposed in the Joint Stipulation of Rule 23 Settlement.

Based on the foregoing, it is hereby ORDERED and ADJUDGED that:

A. Preliminary approval of the Joint Stipulation of Rule 23 Settlement is granted;

B. The proposed Rule 23 settlement class is approved;

C. The Court appoints Terrance Buehler, Vincent DiTommaso, and Peter Lubin as Class Counsel for the Rule 23 class members and the named Plaintiff Anthony Brown as class representative;

D. The parties' proposed notice of Rule 23 settlement is approved;

E. The parties' Rule 23 class action settlement procedure proposed in the Joint Stipulation of Rule 23 Settlement is approved;

F. The deadline for mailing the notices, releases, and opt-out forms to the class members is May 16, 2012;

G. The deadline for Rule 23 class members to make a claim, opt out, or object to the settlement is June 15, 2012;

H. The motion for final approval of the Rule 23 settlement and Rule 23 Class Counsels' motion for attorneys' fees are due on June 22, 2012; and

I. The Court schedules the Fairness Hearing for June 29, 2012 at 8:30 a.m.

It is ORDERED this 9th day of May, 2012.

United States Magistrate Judge

2