# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 108 | **DATE** | 6/29/2012 |
| **CASE TITLE** | Lietz et al vs. Illinois Bell Telephone Company | | |

**DOCKET ENTRY TEXT**

Enter order of final judgment of dismissal of class action with prejudice submitted by the parties, and as revised by the Court at paragraph 5. Civil Case Terminated.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|