1.

# US DISTRICT COURT
## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LYNN LIETZ, et al., on behalf of themselves, and all other plaintiffs known and unknown, | ) ) ) ) | Case No. 11-cv-0108 |
| | ) | Magistrate Judge Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ILLINOIS BELL TELEPHONE COMPANY | ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF FINAL JUDGMENT OF DISMISSAL
## OF CLASS ACTION WITH PREJUDICE

This matter having come before the Court on the parties' application for approval of the settlement set forth in the Joint Stipulation of Rule 23 Settlement dated April 26, 2012, and the exhibits attached thereto (the "Settlement Agreement"), relating to the above-captioned class action (the "Litigation"), and on Class Counsel's motion for attorneys' fees and costs, the Court having considered the stipulations submitted by the parties, its own review of the pleadings in this matter, and the Fairness Hearing held on June 29, 2012, on this 29th day of June, 2012, IT IS ORDERED THAT:

1.      For purposes of this Order and Final Judgment, the Court adopts and incorporates herein the Settlement Agreement, including the definitions set forth therein.

2.      This Court has jurisdiction over the subject matter of the Litigation, and over all parties to the Litigation, including all Class Members who did not timely exclude themselves from the Litigation.

3.      The Court, having considered among other things the settlement amount, the releases, the agreement not to sue, and dismissal of the Litigation provided for in the Settlement Agreement, hereby approves the settlement set forth in the Settlement Agreement, and finds that the settlement is, in all respects, fair, reasonable, and adequate and in the best interests of the Class Members in accordance with Federal Rule of Civil Procedure 23, and directs implementation of its terms and provisions.

4.      The Court finds that the Settlement Agreement is fair, reasonable, and adequate based

upon, among other things, its familiarity with the Litigation, the numerous settlement conferences concerning this Rule 23 Class claim and the related FLSA claims that were settled separately, all of which were presided over by the Court, and upon the following findings of fact and conclusions of law:

(a)     The Litigation was at all times litigated in a competent, vigorous, and contested manner. Class Counsel provided vigorous and skillful representation to the Class Members, and were experienced and knowledgeable. Defendant was also represented by experienced, skilled and knowledgeable counsel.

(b)     The Settlement Agreement was negotiated at arm's length.

(c)     The terms of the Settlement Agreement are substantially similar to the terms of the settlement agreement in the related FLSA claims that raises the same issues.

(d)     The Class Members faced a risk that they would not prevail in the Litigation and that one or more of the defenses asserted by Defendant could be sustained.

(e)     Prior to entering into the Settlement Agreement, the parties participated in an informal exchange of information. From this, the parties were well positioned to evaluate the settlement value of the Litigation, as well as the risks of continued litigation.

(f)     If the settlement had not been reached, both parties faced the expense, risk and uncertainty of continued litigation before this Court and on appeal. The Court takes no position on the merits of either party's case. The Court has considered the parties' positions on the merits and the risks of the Class Members' position in support of the fairness, reasonableness and adequacy of the settlement.

(g)     The amount of the settlement is fair, reasonable and adequate, and it is appropriate in light of claimed maximum damages of the Class Members. The settlement amount is within the range of reasonable settlements that would have been appropriate in this case. The Court observed nothing to indicate that a better settlement could or would have been obtained through continued litigation or other action.

(h)     The Court further finds that at no time did Plaintiff or Class Counsel derive or receive any assistance in prosecuting the Litigation from any governmental or similar outside source.

(i)     At all times, Plaintiff and Class Counsel have acted independently.

5.     The Court hereby dismisses the Litigation with prejudice and without costs. The Court specifically finds that all Class Members who received notice and did not timely exclude themselves from the Litigation are bound by the Settlement Agreement and this Order.

6.     Neither the Settlement Agreement, this Order, the separate final judgment (or any of the terms or provisions of those documents), nor the fact of settlement, nor any of the proceedings or negotiations connected with settlement (or any of the documents, briefs or statements therein) shall be: (a) construed as a concession or admission by Defendant (or any other Releasee) with respect to any of the released claims or be deemed evidence of any violation of any statute or law or of any liability, fault or wrongdoing with respect to any released claim; (b) offered or received against Defendant as an admission or concession that recovery could be had in any amount should the Lawsuit not be settled; (c) construed as a concession or admission by Plaintiff or any Class Member that their claims lack merit or that the defenses asserted by Defendant have merit; (d) construed as a concession or admission by Defendant (or any other Releasee) or offered or received against Defendant as a concession that this case or any case should be or should have been certified as a class action; (e) offered or received in evidence in any civil, criminal or administrative action, arbitration or other proceeding other than such proceedings as may be necessary to consummate or enforce the Settlement Agreement; provided, however, that Defendant may file the Settlement Agreement, judgment and/or any releases executed in connection therewith, in any action that may be brought against it in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

7.     The Court finds that the notice given to Class Members was appropriate under the circumstances, properly informed them of the proposed settlement and the proceedings to be followed in connection with its approval, and constituted valid, due and sufficient notice to all Class Members, complying fully with Federal Rule of Civil Procedure 23, the United States Constitution and all other legal requirements.

8.     The Class is defined pursuant to Rule 23(c)(3), and as defined in the Court's Order of May 9, 2012, means the following:

> All individuals employed by Defendant in the job titles of Service Rep (Service), Service Rep (Sales), and Sales Consultant in Defendant's Consumer Markets call centers in Arlington Heights, Oak Brook, and Chicago, Illinois at any time between February 23, 2008 and March 30, 2012 who are not plaintiffs or opt-in plaintiffs in the parties' concurrent § 216(b) settlement.

The Final List of Class Members who received notice is attached hereto, as Exhibit 1. The Final List of Class Members who opted out of the settlement is attached hereto as Exhibit 2. The Final List of Class Members who did not receive notice is attached hereto as Exhibit 3.

9.     The Court has considered Class Counsel's Motion for Attorneys' Fees and Costs, as well as the record in the Litigation. The Court approves payment to Class Counsel of $33,333 in attorneys' fees and in reimbursement of litigation costs and expenses, to be paid in accordance with

the Settlement Agreement out of the Gross Settlement Amount, and not from any other source, upon the Payment Date (as set forth in the Settlement Agreement). This amount of fees is appropriate under the percentage of recovery method of fee computation. In making this determination, the Court further finds and concludes and bases its determination on the fact that the settlement funds available to Class Members was created by the efforts of Class Counsel, for which they are entitled to compensation.

10.     The Court hereby awards Named Plaintiff Anthony Brown $2,000 in an incentive payment.

11.     All unclaimed funds for which Class Members did not submit valid claim forms will revert back to Defendant.

12.     Without affecting the finality of this judgment in any way, the Court hereby retains exclusive jurisdiction over any and all issues, cases or matters relating to or concerning administration, effectuation and enforcement of the Settlement Agreement, and the parties, Class Members and counsel in connection therewith, and for such other matters as may properly come before it.

Dated: June 29, 2012

Honorable Sidney I. Schenkier
United States Magistrate Judge

Final List of Class Members Who Received Notice

MARIA DEL REFUGIO ABREGO
JACQUELINE ACEVES
ELDRED ACOFF
KIMBERLY ADAMS
RYAN ADAMS
MASHOOD ADESANYA
LISETTE AGUIAR
GLENN AHRENHOLZ
AMINAT AKEJU
DAVID ALBA
EDGAR ALBA
MARITZA ALBUJA
YESENIA ALCANTAR
DANA ALEXANDER
PAUL ALEXANDER
SHANA ALEXANDER
HANIYYAH ALI
MARWAN ALI
ANDREA ALLEN
HAGAR ALLEN
PHILIP ALLEN
MARIA ALMEIDA
LORENA ALONSO-MACIAS
ISAI ALVARADO
TONY ALVARADO
PABLO ALVAREZ
ANITA ANDERSON
SHANA ANDERSON
JAMES ANDRADE
JOSE ARCINIEGA
JOSE ARMENTA
AMANDA ARNOLD
JESSE ARROYO
ALMA ARTEAGA
MARIANNE ASANTE-APPIAH
CARLA ASHLEY-REED
ABDUL-ALEEM ASKIA
CHRISTOPHER AUSTIN
LISA MARIE AUSTIN
JULIO AVIENDA
CARLOS AVILA



ROGELIO AVILA
MARIA NENSI AYALA
CARLOS BAHENA
ROBIN BAKER
KAREN BAKKUM
VERONICA BANNISTER
ALEXANDER BAQUERO
PAMELA BARKER
MIRIAM BARRADAS
ELIEZER BARREIRO
ALANDRA BARROW
TERESA BARROW
RAYMOND BARRY
KEVIN BARTLETT
MARIE BATCHELOR
KAREN BATTISFORE
JORGE BAUTISTA
DEMETRIA BECKWITH
CATRINA BELL
GRISELDA BELMONTES
SHENESIA BENNIEFIELD
MOISES BERNAL
NYJHA BILLINGSLEY
KIMBERLY BISHOP
AMANDA BLAKE
MICHEAL BLEDSOE
TRINA BLISS
ANTHONY BOND
DERRICK BOND
LORENZO BOND
JUAN BORJA
KEISHON BOSWELL
ANGELINE D M BOYD
RENEE BRAMLETT
DAWN BRANCH
ROBERT BRIGHTON
JASON BROWN
QUANNA BROWN
SHATILLA BROWN
DANIELLE BRUNNER
JUDIE BRYANT
TRACY BRYANT
FORTINO BUENO

SAMUEL BURGOS
STORMI BURTON
RANDY BUSH
JOSEPH BUSTOS
ANTOINETTE BUTLER
KIMBERLI BUTLER
TERRELL CAGNOLATTI
DEKEDER CALHOUN
OLLIE CAMERON
TRACY CAMPOS
TANIA CANJURA
JOSEAN CANO
SUEHAITI CANO
JOSE CARCAMO
JIMMY CARRERA
JANEEN CARTER
DERECK CASTELLON
LUIS CASTILLO
MARIBEL CASTILLO
ANGELICA CHAVEZ
IDOLIA CHAVEZ
LINA CHAVEZ
STEPHANIE CHILDS
MICHELLE CHONILLO
ARKADIUSZ CHRZANOWSKI
SIOBHAN CLARK
SHARON COLE
AKEIA COLEMAN
SALENA COLEMAN
WANDA COLES
ERIC COLIN
ROOSEVELT COLLINS
ALFREDA CONFER
ALVARO CONTRERAS
BENITO CONTRERAS
MELLA COOPER
TIFFANY COTLEDGE
TYRONE COTTON
PHILIP CRAFT
DANIEL CRESPO
ELIZABETH CROTHERS
TANEQUEA CRUMPTON
ANA CRUZ

DELIZ CRUZ
DIANA CRUZ
HORATIO CRUZ
OSCAR CRUZ
JAMES CRYE
MARTINA CUMMINGS
CAMILLE CURRY
LATONYA CURRY
LARRY CURTIS
ZDZISLAWA CZOSNYKOWSKA
AISHA DAILY
CHARLES DALE
REGINNA DALTON
EWA DANISZEWSKI
LILLIAN DAVID
EDLOTTA DAVIS
JANET DAVIS
MAJOR DAVIS
VELEDA DAVIS
VENUS DAVIS
LATOSHIA DAWSON
ZULEMA DE LA GARZA
ADRIANA DE LOS SANTOS
JOSEPH DEACON
LISA J DEJOHN
JAVIER DEL CERRO
ALICIA DELGADO
CLAUDIA DELGADO
EBELIA DELGADO
RAUL DELGADO
KEANA DEMBRY
LUIS DIAZ
PATRICIA DIAZ
ROSLYNN DICKENS
CARMEN DICKSON
ERIC DOMENGIEAUX
TAMECA DORTCH
MICHELLE DUDLEY
WILLIAM DUFF
ERICA DUNLAP
GEORGE DUPREY
CAMELLIA DURDEN
MICHELLE DYE

RENARD EDWARDS
RACQUEL ELLIS
ALEXIUS EMEJOM
PHILLIP ENGLES
KEVIN ENTY
CHRISTIAN ESCOBAR
DANIEL ESCUTIA
CLARISELA ESPARZA
OMAR ESPINOSA
MELVIN ESTES
CELIA ESTRADA
SAMANTHA ESTRADA
CECILIA EVANS
THOMAS EXSON
ERIKA FAVELA
JAMES FENNELL
SADOC FERNANDEZ
JAMILLA FIELDER
KIMBERLY FIELDS
STEPHANIE FLETCHER
ERIKA FLORES
MARIO FLORES
SHANNON FORD
IVORY FOSTER
NICOLE FOX
FELICIA FRAZIER
DARYL FUDALA
VERA GAINES
SHAUNA GAITER
ANTHONY GARCIA
EDUARDO GARCIA
ESTER GARCIA
LIONEL GARCIA
SAMUEL GARCIA
SANDRA GARCIA
TRINIDAD GARCIA
ROBERTO GARDUNO
PATRINA GARNER
LATOYA GARRETT
DOMINGO GARZA
TADEUSZ GASIOR
ADRIENNE GATHINGS
SHARI GEORGE

CARMELA GIL
JANINE GLASPER
ROBERT GOFF
RICHARD GOLDSCHMIDT
ANA GOMEZ
WILLIAM GOMEZ
ANNA GONZALES
ALEX GONZALEZ
JOHNNY GONZALEZ
LUIS GONZALEZ
STEVEN GOODE
LADEANA GOODRICH
CARLTON GOOSBY
MARY GRAHAM
JOSEPH GRANATA
KIMBERLY GRANT
JENELL GREEN
JULIE GREENE-BRYANT
MICHAEL GREGORY
JERMAINE GRIER
PHILLIP GRIMES
ISRAEL GUAJARDO
MARIA DEL PILAR GUDINO-ORE
EDUARDO GUIROLA
JOSE GUTIERREZ
MICHAEL GUTIERREZ
RUPERTA GUTIERREZ
NIKIA HALL
DAVID HAMGERI
D'ANDRE HAMILTON
BERASHET HAMM
VALANIE HAMPTON
LAUREN HANCOCK
REGINALD HARPER
JOHN HARRIS
WASEEM HASSAN
DALE HASSETT
SHERRY HAYES
TONYA HAYES
DIONNE HAYNES
JAUTANZA HENLEY
DAVID HERNANDEZ
JOHNNY HERNANDEZ

MARIA HERRERA
NANCY HERRERA
TATYANA HERRERA
DEIDRE HESTER
TORELIA HICKMAN
KELLY HILL-HARDAWAY
MARY HINDES
CORINE HINTON
TIFFANY HODGES
LASHANDA HOLTS
NIMA HORMOZIAN
WILAMENIA HOUSTON
GEORGE HUERTA
TRACIE HUNLEY
CARLOS IANNELLO
CHERISE JACKSON
JASON JACKSON
JEROME JACKSON
MANDY JACKSON
MONICA JACKSON
PATRICE JACKSON
STEPHEN JACKSON
REBECCA JACKSON-
OCALLAGHAN
GUADALUPE JAMAICA
GWENDOLYN JAMES
JAMAAL JAMES
RYCHELLE JEAN-SIMON
SIMONE JENKINS
ALVOTISE JOHNSON
BRENDA JOHNSON
CYNTHIA JOHNSON
KARL JOHNSON
TANIYKA JOHNSON
ADRIENNE JONES
DAVID JONES
JACOBIE JONES
JEANETTE JONES
JULIE JONES
KRISTOPHER JONES
LUIS JONES
MICHELLE JONES
PAMELA JONES

VICTORIA JOSEPH
JACEK JURKOWSKI
DAVID KALISZCZAK
ZAVEN KELESHIAN
IAN KEMP
TYRA KENNEDY
JAMES KENT
DELLA KEYS
SHALANTHA KEYS
YASMIN KHATOON
SAMANTHA KING
LAUREN KNOX
MARIUSZ KUROWSKI
JOANNA KUZNICKA-BELTRAN
DEANDRE LANE
LINDA LARKIN
KELLIAN LAWS
LUIS LEAL
ALISHA LEMON
ANGELICA LEON
JAMES LEONARD
DAVID LEVY
MARK LIGGINS
BERNADETTE LILLARD
MIGUEL LINARES
SHERIEKA LINZY
KENNETH LOCKHART
RICHARD LOMAN
LATOYA LONES
JOSIUM LOPEZ
JUAN LOPEZ
ROSALBA LOREDO
MIGUEL LOZANO
MARVELLA LUCIOUS
RICCIANO LUMPKINS
KENNETH LUVERT
FELISHA LYLES
MICHAEL LYNCH
SUSANA MADERA
SILVIA MAGANA
THOMAS MALINOWSKI
DENISE MALONE
DEBORAH MAPLES

MITCH MAREK
YANIRA MARIN
JAMES MARSHALL
JANICE MARSHALL
KENDRA MARTIN
DAVID MARTINEZ
EDITH MARTINEZ
JOSE MARTINEZ
KENYSHA MASON
REYNA MASON
ROSALINDA MASSON
MATTHEW MATMANIVONG
JERRY MATOS
CILICIA MATTHEWS
SHEILA MATTHEWS
MARIE MAUCLAIR
KURTIS MAXEY
YADIRA MAYEN - MESARINA
ALICIA MAYO
PRENTICE MC DONALD
LITRICE MCCLAY
PAMELA MCEWEN
CONSTANCE MCINTOSH
JONATHAN MCKINNEY
KIMBERLY MCKNIGHT
CORY MCLORN
MIRIAN MEDINA
JESUS MENDEZ
AMY MERTINS
NICHOLAS MERTINS
SAMANTHA MILLER
JEROME MILLS
VALERIE MIMS
ARMANDO MINASOLA
MONIQUE MITCHEL
CLAUDELL MITCHELL
KALONJI MITCHELL
KEITH MITCHELL
LASHAUNNA MITCHELL
PATRICIA MITCHELL
SHAMAYA MOBLEY
MATTHEW MOJICA
JACQUELINE MOLINA

SOFIA MONDRAGON
FELIX MONROY
ANGEL MONSIVAIS
JACQUELINE MONTALVO
LETICIA MONTES
RODNEY MONTGOMERY
IMAN MOORE
MONIQUE MOORE
PRECIOUS MOORE
DANIEL MORALES
FRANCISCO MORALES
LUCILLE MORALES
RICARDO MORENO
JOSEPH MORGAN
CARMINA MORO
JOANN MORONI
JOHN MORRIS
CHESTER MORZYC
ARISTIDES MOSCHOVIS
LETICIA MOSLEY
LATASHA MOSS
STARLITA MOSS
PERCY MUCHA
BRIAN MUHAMMAD
CHARITY MUHAMMAD
HUGO MUNOZ
STEPHANIE MURATALLA
DAVID MURCIO
JENELL MURPHY
DAVID MURRAY
JERI MYLES-FLENNOY
ALFREDO NAVA
CAROLINA NAVA
LUCILA NAVA-FIGUEROA
ALVALYN NEAL-GARDNER
WILLIE NELLUM
HOP NGUYEN
JACQUELINE NINO
AMY NOWAK
SHENITTA O'BANNON
JORGE OJEDA
LUIS OLIVARES
JORGE OLMOS

ALICIA ORE
JOHNNY ORTIZ
RENE ORTIZ
DAIMITH OSORIO
YESSENIA OVALLE
YADIRA PABON
MERIEL PAMON-NELSON
VALDRIA PARKER
JERMAL PARKS
DEANA PAYTON
ARTURO PEDRAZA
JERRY PELLEGRINI
RANDALL PEPPER
ANDREA PEREZ
ARIEL PEREZ
DIMAS PEREZ
MICHAEL PEREZ
STEVEN PETTIS
HILLARY PETWAY
LATOYA PILLOW
ERNESTINA PINEDA
KAREN POUNCY
VICTOR POURROY
EUGENIO PRADO
OMAR PRADO
MONIQUE PRATHER
KAENYE PRINCE
SONYA PROWELL
JORGE PULIDO
LUKE PYTEL
JUAN QUINTANILLA
ARMANDO RAMIREZ
DEAN RAMIREZ
EDDY RAMIREZ
MIREYA RAMIREZ
NICHELLE RANSON
BASILIA RAYAS
CAROLINA RAYGOZA
LOREES RAZAA
TOYENTA READUS
ERICA REESE
CLAUDIA REGALADO
SCOTT REIGLE

HUBERT REJNIAK
SHERYL RENFROE
ERNESTO RESTO
JEAN REYNOLDS
SHARICKA RICE
ABBY RICHARDSON
EDDIE RICHARDSON
LADALE RICKS
YVONNE RIOS
GRACIELA RIVERA
MARIA RIVERA
ORLANDO RIVERA
PATRICIA RIVERA
QUINN RIVERS
TYRONE ROBERSON
ANTHONY ROBERTI
STEPHANIE ROBERTSON
AMBER ROBINSON
KENESSA ROBINSON
MARCUS ROBINSON
IVAN ROBLES
MONICA ROCHA
KEZIEYA ROCKWELL
ALEJANDRA RODRIGUEZ
ARTURO RODRIGUEZ
JOSE RODRIGUEZ
YAZMIN RODRIGUEZ
HUGO ROMAN
SOL ROMAN
GUADALUPE ROMERO
JOSE ROMERO
MIGDALIA ROMERO
STACY ROSENBERG
ROBERT ROSS
TIMOTHY ROWE
MONIKA ROY
DALE RUCKER
ALAN RUIZ
LILIBETH RUIZ
PATRICIA RUIZ
CARLOS SABERBEIN
RICHARD SADA
MARIA SALGADO

MARY SALUK
KELVIN SAMS
JOEL SANCHEZ
LUIS SANCHEZ
TANISHA SANDERS
VICTORIA SANDERS
CLAUDIA SANDOVAL
MAYBELINE SANDOVAL
HECTOR SANTIAGO
TOPAZ SANTORA
VICTOR SARMIENTO
THERESA SAUCEDO
BONITA SCALES
DANIELA SCARPELLI
CHASITY SCHAEFFER
MARLENE SCOTT
SIDNEY SEABROOK
CHRISTOPHER SERNA
LUIS SERPA
DILEY SETIEN
SASHA SHAVERDI
BETHANY SHAVIN
TRACY SHAW
ARRION SHELTON
EDWARD SHERDEN
ANTHONY SHIELDS
ARTHUR SHIRLEY
JESSIE SHU
LASHICA SHUMAKER
DEHOMA SHUMATE
SHAMSUD-DIN SIDDIQ
RODRIGO SILVA
CHRISTINE SIMS
NICOLE SIMS
HELEN SIT
STANLEY SLAYTON
WANDA SLEDGE-HAMMITTE
MICHAEL SMITH
SHATRINA SMITH
SHENISE SMITH
JESUS SOLSOL
ANGEL SORIANO
EDNA SOTO

HUGO SOTO
JUAN SOTO
MIRTA SOTO
TONDALAYA SPANE
LEWIS SPIVEY
KELLY ST. JAMES-SIMS
SONIA STATHAKOPOULOS
GWENDOLYN STEVENS
YOLANDA STEVENS
CHRISTOPHER STEWART
DENISE STINSON
ARASELI SUAREZ
ERICK SUAREZ
KIMBERLY SUTTON
TREMONT SUTTON
JOHN SWANSON
AUDREY TAYLOR
IESHA TAYLOR
MALOME TAYLOR
TYNLVAE TAYLOR
ROSALINA TELLEZ
TAWANDA THARBS
PETINA THIGPEN
CHERRY Y. THOMAS
JOHN THOMAS
SHELLIA THOMAS
TAVI THOMAS
CANDACE THOMPSON
IVORY THOMPSON
JARVIS THOMPSON
PHILLIP THOMPSON
JAMES THORNTON
DEBBIE TILLIS
THOMAS TKACZYK
EBONY TODD
JOHN TODD
HILDA TOLEDO
FRANCISCO TORRES
LUZ TORRES
OSVALDO TOVALIN
ERICA TRIPLETT
NICOLE TUCKER
SANTA TUCKER

ANDREA TURKS
KAREN TURNER
JANITA TYNER
ARACELI ULLOA
MARLISHA UNDERWOOD
ROCIO URIOSTEGUI
LISA VALENTINE
MARILYN VARGAS
GEORGE VARIKATT
NINA VASILIAUSKAS
XILYNA VASQUEZ
SENNITER VAUGHAN-EVANS
MARIA VAZQUEZ
MELISSA VEGA
ZULEMA VEGA
YESENIA VEJAR
ESTELA VELAZQUEZ
MARIA VILLARREAL
DIANE VIRELLA
KIMBERLY WALKER
LATOYA WALKER
LUCIANA WALKER
KELAR WALLER
BRANDI WASHINGTON
KIMBERLY WASHINGTON
KLAUDIA WATROBA
KRZYSZTOF WATROBA
MONICA WEBB
DAVID WEBSTER
NIESHA WEBSTER
GERRY WELCH
DOROTHY WELLERE
ANGELA WESLEY
ANGELITA WHITE
TAMIKA WHITE
LATOYA WHITLOCK
VALENCIA WILKES
ANGELA WILLIAMS
CARL WILLIAMS
CHANEL WILLIAMS
CORVET WILLIAMS
DALE WILLIAMS
RONNIE WILLIAMS

SUNTONIA WILLIAMS
VINCENT WILLIAMS
DELIA WILLIAMS-BROASTER
COLETTE WILLIAMSON
DENNIS WILSON
RUBY WILSON
MYKHAIL WINSTON
TENIEL WINSTON
MARION WISE
SHALANDRA WITHERS
PRESTON YOUNG
NASEEM YUSEF
MARCO ZAMORA
MONICA ZAMUDIO
LARRY ZAPATA
ROSEMARY ZAPATA
MARIANA ZARAGOZA
CARLOS ZARATE
LILIANA ZOLLMER
FERNANDO ZUNIGA
ANTHONY BROWN
TOYE DRAKES

Final List of Class Members Who Opted Out

JOSE ARMENTA
JASON JACKSON
DAVID KALISZCAK
HANIYYAH ALI
KELLIAN LAWS
MARLISHA UNDERWOOD



Final List of Class Members Who Did Not Receive Notice

AMBER ALEXANDER
TIANA ASHLEY
KEITH ARCHIE
LAMONICA BAKER
TITUS BALLENGER
ASIA BANKS
GARY BANKS
DANERY BARRAZA
STEVEN BIBBS
TIFFANY BLAKEMORE
NIESHAH BUNKLEY
TANYA CABRERA
JENNIFER CALVILLO
MARIA CANTU
LISA CARBONE
SHARITA COE
DANIELLE DANIELS
AUTUMN DARBY
MARK DAVIS
JAVIER DE LA CRUZ
CASSANDRA DOUGLAS
LETERRIOUS DOUGLAS
CANDICE GARNER
TRACIE GOLSON
CHARLENE GREEN
LACISHA HARRIS
TIFFANY HUMPHRIES
KENDRICK JACKSON
KIMBERLY JONES
SHAZIA KALAM
SANDRA LANEY
SARA LOBODA
RAUL LOPEZ
GINO MARCONI
MALIKA MAWALIN
PAMELA L MCFADDEN-SINGLETON
ANDRE MCFARLAND
CARLA MILES
YOLANDA MINOTT
ARTIS POSEY
JAIME POSSO



EXHIBIT
3

NATASHA PRYOR
KWAJALEIN REED
JOIE RHODES
LENA RHODES
DIANE ROSALES
JERALD ROWE
CHRISTOPHER SAUNDERS
MATTHEW SCHNEIDER
ERICKA SHUMPERT
MICHAEL SIEWENIE
TANJIHIA SIMMONS
ALEXANDRA SMITH
CANDITH SMITH
COREY SMITH
SANRA SOKOYA
KIMBERLY TABOR
VANESSA THOMAS
PRINCESS TINES
ERICA UNZUETA
RUBEN VARGAS
MELONDY WEST
MICHAEL WHITE
MARIO WILCOXON
ANGELENE WILLIAMS
LATONYA WILLIAMS
SHANIEKA WRIGHT